Friday, March 11 2022


Page Irrigation & Landscaping LLC
3825 County Rd. 5-1
Delta, Ohio 43515
(419)877-5900



Dear Honorable Judge Kelly:

Gabriel Burress has been our employee since 2019.  He is a good employee, shows up for work every day, listens well, and follows instructions.

Gabe doesn't miss work and he is here any time we need him.  He works very well with the other employees and customers.  He works every day side-by-side with Josh Page (Owner) doing irrigation work.  We are more personable with Gabe than a larger company would be.  We are a small company with 9 employees, so we can interact with them more.  Gabe will have a job here for as long as he wants.


Thank you,
Joshua J. Page & Katherine A. Page