Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Honorable Judge Kelly,

I am a Courtroom Deputy for a Federal Judge in Toledo, Ohio.  I am also the Mother of Gabriel Burress.  I read letters from family members of Defendants every single day.  I never dreamed I would have to write a letter to a District Judge to try to get him to see my son the way I know him.  The Presentence Investigation Report shows you Gabe on paper, but it is difficult to read and grasp his personality, his heart, his personal history and characteristics, and his connection to our family and others around him.  There are so many things about a person that simply cannot be expressed in a PSR.  I hope I can give you a glimpse of the kind of life Gabe leads, so you can see that he is a kind and valuable member of our family and our society.

Family is incredibly important to us.  My parents have set an amazing example of marriage, being together for over 50 years.  My grandmother, my parents, my sister's family, and our family all live within minutes of each other, and always have. We have raised our families together, and Gabe and his cousins treat each other like siblings.  We have spent every birthday and every holiday together, as well as many other days throughout the year where we gather just for the sake of being together.  Gabe has been there for it all.  We support each other and offer a helping hand whenever we can.  Gabe is surrounded by people who love and care for him.

When Gabe was only 4, I realized he was like the energizer bunny - he never turned off.  When he went to preschool, it became obvious he couldn't sit still long enough to learn.  That's when we took him to the doctor, and he was diagnosed with ADHD.  It was a long childhood filled with doctor visits, medications, dosage changes, and more medications.  Helping Gabe with his homework was like another full-time job, but there was nothing I wouldn't do to make sure he got the help he needed and had the best childhood and education possible.  Some days our lives were a total struggle, but Gabe persevered through the tough days and finished school without a hitch.

Gabe was 8 when his first little brother was born.  Not only did he look forward to his arrival, but he helped more than most 8-year-olds would ever dream of helping.  Everything his brother needed, Gabe was there.  A few years later, another little brother came into Gabe's life, and he was just as excited the second time around.  Watching Gabe help take care of his little brothers is amazing.  He loves them so much, and he would do anything for them.  Gabe's desire to help his brothers is still evident today, as he regularly visits them and spends time with them playing outside, swimming, playing soccer and video games, and watching the many card tricks his brothers have up their sleeves on any given day.

There were many other positives throughout Gabe's childhood, but soccer is one of the things that taught him many valuable life lessons.  I started Gabe in soccer at age 4 in an attempt to get some of his bustling energy out.  He played from the tender age of four until he graduated, and he thoroughly enjoyed being part of the soccer team. He made great friends and many happy memories with his teammates.  Gabe learned the importance of a team.  He learned that people depended on him and that he was an important part of a group.  He also learned leadership and kindness as he became a mentor to youth soccer players when he got older.

It is important to our family to make sure our children have a solid foundation in their faith as they are growing up. We regularly attended church as a family, and Gabe was an active member of the youth group.  He went on fun local trips with his youth group and he attended church with us each Sunday.  I know these experiences, which solidified Gabe's foundation of belief in God, have shaped him into the young man he is today. Gabe prayerfully looks to God for guidance in his daily life and strives to do what is right.

When Gabe was 16, Madison came into the picture. She was 14 at the time. They went to the homecoming dance together and started dating. She was Gabe's first girlfriend and has been his faithful companion ever since. I have watched Madison grow up, literally. Living in a small town, everyone seems to know everyone else. Madison was friends with my niece as a very young child. When Madison was in 4th grade, I coached her and Gabe's co-ed soccer team. When she came back into our lives at 14, she had grown into a beautiful, athletic, intelligent, kind young woman - no longer the little 10-year-old I remembered. She was now a good basketball and volleyball player, worked hard at athletic training, while also carefully managing her time — both with her studies and with Gabe.

Madison and Gabe have been together for 6 years. I have seen or spoken with Madison almost daily for that time—she is like the daughter I never had. She and Gabe complement each other. They help each other and are there for each other, working together to set and accomplish goals. Since they have moved in together, I have truly seen how well they work together. They both try so hard to make the other the "best version of themselves" and are always encouraging and promoting each other to be the best they can be.

They also vacation with us every year. We go camping each summer and spend the week with my parents and my sister's family. These trips are truly the best memories we have made as a family, and I look forward to having Madison with us the rest of Gabe's life because she is who makes him happy. They are truly "meant to be."

After high school graduation, Gabe decided college was not for him. And I agreed. I told him there was no reason to go to school if he did not know what he wanted to do, or if it was going to be a waste of money. Gabe has always had a job, and at this point, he was working part-time and decided to find a full-time position. As many young adults do, Gabe jumped around to a few different jobs, and experienced life—learning how to make and save money. He finally found what he loves. His current job allows him to move around outside and be on the move. He works 6 days a week, every single week, all spring, summer, and fall.

We have always taught our children that hard work pays off. You get ahead by working hard, and by helping others. Gabe heard this message loud and clear and has always been a very hard worker. For example, when his cousin was graduating from high school, Gabe, who was 16 at the time, volunteered to help his uncle spread sod over his entire backyard so that it would be done before the graduation party. He didn't flinch, complain, or ask for anything in return. He just showed up with a smile on his face, and worked hard to get it done. Similarly, whenever his Grandparents and Great Grandmother need help, Gabe is there without question. You see, our family doesn't measure "the best" by "things," we measure it by actions—how you treat others, how you react to disappointment, and how you rebound from mistakes.

But hard work is not the only thing Gabe learned growing up. I have a very outspoken personality - I always stick up for what I feel is right. I tried my very best to teach Gabe that as well. I always stand up for what I believe in, even if it isn't popular. Unfortunately for Gabe, that is what landed him here in your Court. I make no excuses for his actions. What he did was wrong, and now he has to make amends. I simply ask that you weigh his lifetime of hard work and good character, against a one-time error in judgment.

I ask the Court to take this letter into account when sentencing my son. Hopefully, I have shown you a small glimpse of who Gabe truly is.

Thank you so much for taking the time to read this letter.

Sincerely,

*Laura Doerfler*