Victoria E. Pinson

14175 Brindley Rd

Swanton, OH 43558

February 28, 2022

Subject: Character Reference Letter for Court

Dear Honorable Judge Kelly,

My name is Victoria Pinson, and I am an assurance associate. I have known Gabriel Burress my entire life, as I am his older cousin, and we grew up together. He has always been like a brother to me because of how close we were in age and being the oldest of all the cousins, we always had the strongest bond.

I have seen Gabriel go through many ups and downs, but to say I am proud of the man he has become would be an understatement. Gabriel and Madison have been doing very well over the last couple of years and have really grown to become the best versions of themselves.

Gabriel is dependable, kind, courteous, smart, and has always been an extremely hard worker. He has always had an incredible work ethic and has always been willing to help others in the community. Before he was old enough to have a job, Gabriel used to volunteer to mow lawns around the neighborhood in the summer and shovel snow in the winter because he enjoyed it.

My husband and I are expecting our first child this year and when Gabriel found out he was ecstatic. He has always been a family guy and makes sure we all know how much he loves and supports us. I can't wait for him to be a part of our child's life and experience all the memories with us!

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Gabriel Burress to be a valuable member of society and a great human being.

Sincerely,

*Victoria E. Pinson*

Victoria E. Pinson