Honorable Timothy J. Kelly
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Honorable Judge Kelly,

I am a digital marketing administrator for a small business in northwest Ohio. Gabriel is my son. I have known him his entire life.

Throughout the years, I have watched Gabe grow into the young man he is today. Some of those years were rough, but I don't know of many teens that don't give their parents a few bumps along the way. His Mom and I have never been ones to sugar coat reality. We see things as they are, not as we wish they were. We have always held our kids accountable and made them take responsibility for their actions.

Our family is very close, and we do everything together. Our days at work are busy, but we always talk to each other and communicate with one another, even if it's just a quick text every day.

When Gabe was young, things were tough, because school wasn't his thing. With his ADHD and his lack of follow through with homework, school was difficult. He has always been very bright and intelligent, but never had the proper tools or desire to be at the top of his class. He preferred playing outside and playing soccer. He tried every sport at his disposal, except basketball. Soccer ended up being his sport from age 4 through high school. In his early teen years, he also was a soccer referee for the younger children in our town and enjoyed helping the younger kids learn the sport he loved.

When he finished high school and graduated, he decided not to go to college. He knew since he was not going to attend college, he needed a full-time job. He wasn't sure what he wanted to do with his life, so he secured a few different full-time jobs over the next few years. It took him a few years to find something he enjoyed, and he works very hard now doing something he loves. I can tell his work gives him a sense of accomplishment, something that was difficult for him to find in elementary and high school academics. He has a sense of pride in the work he does, and works 6 days a week. I am so proud of the young man he has become.

I look at how our younger sons look up to Gabe, and it makes me a very proud father. Gabe is helpful, kind, and always displays extreme compassion for his brothers. He's always there to hang out with them when they need him. He finds joy in spending time with his brothers, and having his brothers explain their latest hobbies to him. He takes interest in things he otherwise wouldn't care about, because he knows it is important to them. Although all 3 of my boys share the love of soccer, our 2 younger boys have different hobbies overall – our middle son has a love of computer programming, art, and magic, and our youngest, a love for art, piano, and video games.

Gabe has many admirable character traits, but his ability to work hard and loyalty and drive to help others are a few of my favorites.  For example, after working a full week, on his way home from work one Friday, his cousin had car trouble and her parents were out of town.  Gabe jumped up off the couch, literally, right when he walked in the door from work, and got to his cousin as soon as he could, to make sure she was safe. He got her car working so she could get home safely before it got dark.  He is always there to help everyone with things that pop up at the last minute, so they are safe and don't stress about it.

With Gabe, comes Madison.  Madison has been a part of Gabe's life since 2015, and has been a welcomed addition to our family. Over the years, I have watched them grow and mature into responsible young adults, each pushing the other to do their best every day in everything they do. Gabe encourages Madison to do well in school, and Madison encourages Gabe to think about the future and put a plan in place for both of their futures.  Madison is also very supportive of Gabe's little brothers, always getting the best Christmas gifts and really putting heartfelt thought into what they truly would enjoy.

Did Gabe make some mistakes or some poor decisions in the past?  Of course he did.  But I truly believe he's grown from them.  When he received a few minor traffic infractions from local police departments as a teen (broken tail light, speeding, or parking in the same place for too long when his car had broken down), he took something away from those experiences.  He learned that his actions have consequences, financial or otherwise.  He now makes sure his car is in proper working order, has slowed down, and learned that you can't park in the same place in town for too long before getting cited. He also learned that moving violations equal higher insurance premiums, and has taken steps to minimize an increase on that front, since he works very hard for his money.

As Gabe's father, I have watched him grow and mature into a young man that I am proud to call my son.  He has so much familial support, and we have all been there for him and Madison to help in whatever way we are able - even if it is to remind him that all of the news stories and social media comments do not define them or who they are for the rest of their lives.  We are all ready to get past this and move on to what the future brings.

During my son's sentencing, please take into account all of his amazing characteristics, when weighing them against the poor decision he made when walking into the Capitol building on January 6th, 2021.  I know for a fact if he was given the opportunity to do this all over again, he would have never stepped foot into that building.

Thank you very much for your time.

Sincerely,
Clint Doerfler