# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-00744-TJK |
| : | |
| **MADISON PETTIT AND** : | |
| **GABRIEL BURRESS,** : | |
| : | |
| **Defendants.** : | |
| : | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBIT PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibit to the Government's Sentencing Memorandum, which have been provided to defense counsel and the Court via USAfx. The video at issue is a screen-recording of items posted to social media by Kevin Bui at https://www.facebook.com/kevin.bui.754/videos/5065387093501774. The video is identified on page 3 of both sentencing memoranda for the defendants. (ECF 45 p. 3; ECF 46, p. 3). If this Court accepts the video exhibit into evidence, the United States takes the position that the entered exhibit should be promptly released to the public.

2

        Respectfully submitted,

        MATTHEW M. GRAVES
        U.S. ATTORNEY
        DC Bar No. 481052


By:    /s/ *Michael W. Mitchell*
        MICHAEL W. MITCHELL
        Assistant United States Attorney
        Detailed to the District of Columbia
        Texas Bar No. 24037126
        555 4th Street, N.W.
        Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing motion was served upon counsel of record through ECF on the date of filing, this the 25th day of March, 2022.

                                        By:    /s/ *Michael W. Mitchell*
                                                      MICHAEL W. MITCHELL
                                                      Assistant United States Attorney
                                                      Detailed to the District of Columbia
                                                      Texas Bar No. 24037126
                                                      555 4th Street, N.W.
                                                      Washington, D.C. 20530